KEKER & VAN NEST LLP
RACHAEL E. MENY - #178514
rmeny@kvn.com
JO W. GOLUB - #248588
jgolub@kvn.com
REBEKAH L. PUNAK - #248588
rpunak@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant
FLAGSTAR BANK, F.S.B.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RICHARD DEISHER; HELEN DEISHER<br><br>Plaintiffs,<br><br>v.<br><br>FLAGSTAR BANK, F.S.B.; DOES 1 TO 50,<br><br>Defendants. | Case No. EDCV09-999 SGL (CTx)<br><br>**DEFENDANT FLAGSTAR BANK'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Date:    August 3, 2009<br>Time:    10:00 a.m.<br>Ctrm.:    1<br>Judge:    Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 22, 2009<br><br>Trial Date:  Not Set |

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, at 10:00 a.m. on August 3, 2009, or at such other date and time ordered by this Court, located at 3470 Twelfth Street, Riverside, California, defendant Flagstar Bank ("Flagstar") will, and hereby does, move this Court to dismiss all causes of action asserted against Flagstar by plaintiffs Richard and Helen Deisher (the "Deishers").

Flagstar requests that the Court dismiss the Deishers' causes of action against it, based on Rule 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiffs' claims under the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601, *et seq.*, the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2601, *et seq.*, and the Home Ownership Equity Preservation Act ("HOEPA"), 15 U.S.C. § 1639 are barred by the applicable statutes of limitation and should be dismissed. Fed. R. Civ. P. 12(b)(6). In addition, the plaintiffs' TILA, RESPA, and HOEPA claims, as well as their claim under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, should all be dismissed because they are insufficiently pled. Fed. R. Civ. P. 12(b)(6). Moreover, plaintiffs' state law claims for breach of fiduciary duty and the covenant of good faith and fair dealing should be dismissed because they are preempted by the Home Owners' Loan Act of 1933 ("HOLA"), 12 U.S.C. § 1461, *et seq.* Fed. R. Civ. P. 12(b)(6). Finally, all of plaintiffs' state law claims are insufficiently pled and should be dismissed. *Id.*

Counsel for Flagstar contacted plaintiffs in an effort to meet and confer, pursuant to Local Rule 7-3, on May 26, 2009. *See* Declaration of Jo W. Golub in Support of Motion to Dismiss and Motion to Strike, filed concurrently herewith ("Golub Decl."), ¶ 3. After being informed that plaintiffs had retained counsel for this matter, Flagstar's counsel called plaintiffs' counsel in an effort to meet and confer. *Id.* ¶¶ 5-6. Flagstar's counsel did not reach plaintiffs' counsel but left messages for them on May 26 and 27, 2009. *Id.* ¶ 6. On May 28, 2009, Flagstar's

1  counsel also sent plaintiffs' counsel a letter in furtherance of Flagstar's efforts to
2  meet and confer. *Id*. ¶ 7. On June 1, 2009, plaintiffs' counsel and Flagstar's
3  counsel exchanged messages but did not speak. *Id*. ¶¶ 8-9. Flagstar, however, is
4  required to file this motion on June 2, 2009, in compliance with Rule 81(c)(2)(C)
5  of the Federal Rules of Civil Procedure. Fed. R. Civ. P. 81(c)(2)(C) (requiring a
6  "defendant who did not answer before removal" to respond to the complaint "5
7  days after the notice of removal is filed").
8     This Motion is based on this Notice of Motion, the concurrently filed
9  Memorandum of Points and Authorities in support thereof, Flagstar's concurrently
10 filed Request for Judicial Notice, the concurrently filed Declaration of Jo W.
11 Golub, the Court's file on this matter, and upon such other and further evidence
12 and argument as may be presented prior to or at the time of the hearing on this
13 Motion.

                                                  Respectfully submitted,

Dated: June 2, 2009               KEKER & VAN NEST LLP

                                         By: /s/ Jo W. Golub _____
                                             RACHAEL E. MENY
                                             JO W. GOLUB
                                             REBEKAH L. PUNAK
                                             Attorneys for Defendant
                                             FLAGSTAR BANK, F.S.B.